392

Renie F. Goodman, Appellee, v. Edmund K. Jarecki, Judge of County Court of Cook County, Appellant.

Gen. No. 41,538.

opinion filed May 19, 1941. Thomas J. Courtney, State's Attorney, for appellant; Jacob Shamberg, Joseph Burke, Marshall Korshank and Roman R. Stachnik, Assistant State's Attorneys, of counsel; John C. Garriott, Jr., for appellee; Charles Goodman, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''

Marian L. Fogelson, Appellant, v. Samuel J. Fogelson, Appellee.

Gen. No. 41,598.

opinion filed May 19, 1941. A. C. Lewis, for appellant; Kern, Stiefel & Stiefel, for appellee; Charles W. Stiefel, Jr., of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''